# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2144

_____

Howard J. Danzig,                                    *
                                                     *
            Appellant,                               *
                                                     *    Appeal from the United States
      v.                                             *    District Court for the Eastern
                                                     *    District of Missouri.
City of Dexter, Missouri; Joe E.                     *
Weber, Mayor, City of Dexter; Mark                  *    [UNPUBLISHED]
Stidham, City Administrator; Freeark,               *
Harvey, Mendillo, Dennis, Wuller,                   *
Cain & Murphy, P.C.; Michael P.                     *
Murphy; Judge Robert LeChien,                       *
                                                     *
            Appellees.                               *

_____

Submitted: September 4, 2007
Filed: September 11, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Howard Danzig appeals the district court's[1] dismissal of his civil action. Upon de novo review, see Stringer v. St. James R-1 Sch. Dist., 446 F.3d 799, 802 (8th Cir.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

2006), we conclude that the district court's dismissal was appropriate. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____